# The Alabama Court of Civil Appeals



NATHAN P. WILSON
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

January 5, 2024

CL-2023-0192

A.J.E. v. B.S. and V.S. (Appeal from Limestone Juvenile Court:  JU-21-308.01).

CL-2023-0193

A.J.E. v. B.S. and V.S. (Appeal from Limestone Juvenile Court:  JU-21-309.01).

## <u>ORDER</u>

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

Application for Rehearing Overruled. No opinion written on rehearing.

Thompson, P.J., and Moore, Edwards, Hanson, and Fridy, JJ., concur.

Nathan P. Wilson, Clerk